*City of Woodinville, Respondent, v. Fowler P'ship, Petitioner*, No. 92539-9. Petition for review of a decision of the Court of Appeals, No. 72417-7-I, August 24, 2015, 189 Wn. App. 1042. *Denied* March 30, 2016.

*Luvaas, Petitioner, v. Dep't of Labor & Indus., Respondent*, No. 92543-7. Petition for review of a decision of the Court of Appeals, No. 46656-2-II, September 29, 2015, 190 Wn. App. 1023. *Denied* March 30, 2016.

*In re Marriage of Killey*, No. 92545-3. Petition for review of a decision of the Court of Appeals, No. 72932-2-I, September 28, 2015, 190 Wn. App. 1021. *Denied* March 30, 2016.

*Ryser, Petitioner, v. Ernest et al., Respondents*, No. 92546-1. Petition for review of a decision of the Court of Appeals, No. 72532-7-I, October 19, 2015, 190 Wn. App. 1035. *Denied* March 30, 2016.

Stevenson, Petitioner, v. Canning et al., Respondents, No. 91983-6. Petition for review of a decision of the Court of Appeals, Nos. 70994-1-I, 71594-1-I, 71794-4-I, and 72026--1-I, May 26, 2015. *Denied* March 30, 2016.

*State, Respondent, v. Fowler, Petitioner*, No. 92244-6. Petition for review of a decision of the Court of Appeals, No. 33227-6-III, August 18, 2015, 189 Wn. App. 1039. *Granted on a specific issue* and *remanded* to the superior court March 31, 2016.

*Wilcox, Petitioner, v. Basehore et al., Respondents*, No. 92362-1. Petition for review of a decision of the Court of Appeals, No. 32179-7-III, July 23, 2015, 189 Wn. App. 63. *Granted* March 31, 2016.